# STATEMENT OF FACTS

On Wednesday, June 19, 2019 at approximately 1437 hours in front of 1600 Pennsylvania Ave. Washington D.C. N.W. United States Secret Service Arresting Officer ("AO"), Walter Colman, #1450, while traveling eastbound in the 1600 block of Pennsylvania Avenue, NW inside the White House Complex in an unmarked Secret Service passenger van in full Secret Service Police Uniform heard a Secret Service audible alarm. The Secret Service audible alarm is a security mechanism used to alert security personnel of potential unauthorized access to White House restricted areas. When AO conducted a visual scan of the area, AO observed S1 standing in a restricted area between the security barriers and the White House fence. The restricted area in which S1 was first observed is behind a security barrier similar to bicycle racks which are clearly marked with visible signage stating "Restricted Area DO NOT ENTER". S1 did not have permission or authority to be in the restricted area. Moments after the alarm sounded, when first approached by a USSS Uniformed Division Officer, S1 raised his hands into the air and stated that he "just wanted to touch the White House fence" because it was "a family tradition." Officers gave direct orders for S1 to drop his backpack and lay face down on the ground. S1 complied at which time AO placed S1 in handcuffs and frisked S1 for any weapons; none were found. S1 was then removed from the restricted area and relocated to Madison Place and H Street NW.

AO later identified S1 as Antoine L. Blount, Jr. through a New York State Identification Card in S1's possession.

Due to S1's backpack containing unknown contents located within the restricted area, it was declared suspicious. Multiple Secret Service assets along with U.S. Park Police, MPD EOD and the DC Fire Department responded to assess. Pedestrians were relocated out of the area and access to surrounding buildings including the White House Complex was restricted. Upon assessment, the backpack was declared safe. When asked by officers, S1 denied any injuries or medical conditions that would warrant transportation to the hospital, but indicated that he had been diagnosed with bipolar disorder. No medicine was found on the defendant's person or in his backpack.

_____
Walter Colman
Officer, United States Secret Service

Sworn and subscribed to me before this _____ day of June 2019.

_____
The Honorable Robin Meriweather
United States Magistrate Judge